## SCHEDULE "A"
## DEFENDANTS BY NUMBER, SELLER ID, SUBJECT DOMAIN NAME, PAYMENT ACCOUNTS AND MEANS OF CONTACT

| Def. No. | Seller ID / Subject Domain Name | Store Number / Store URL | Financial Account / Payee | Infringing Product Number | Additional Means of Contact |
|---|---|---|---|---|---|
| 1 | BrandsKingdom Store | Store No. 910736140 | AliExpress | 1005001567623760 | |
| 2 | LIJIAYV YS Store | Store No. 5152049 | AliExpress | 4000068644988 | |
| 3 | Shop5190017 Store | Store No. 5190017 | AliExpress | 4000078973923 | |
| 4 | Shop5371341 Store | Store No. 5371341 | AliExpress | 4000695579418 | |
| 5 | Shop5795397 Store | Store No. 5795397 | 122720270@qq.com | 4000941062690 | |
| 6 | Shop910332072 Store | Store No. 910332072 | AliExpress | 1005001269743954 | |
| 7 | wensen Store | Store No. 5660001 | AliExpress | 1005001289314150 | |
| 8 | Aape_store01 | Store No. 21517049 | DHGATE | 541520570 | |
| 9 | dfb2017 | Store No. 21074326 | DHGATE | 564241589 | |
| 10 | Granthill | Store No. 21120434 | DHGATE | 530832869 | |
| 11 | Jewelrywholesale01 | Store No. 20098359 | DHGATE | 256782720 | |
| 12 | Lah2020 | Store No. 21505914 | DHGATE | 549841530 | |
| 13 | lg789987 | Store No. 21414885 | DHGATE | 515654851 | |
| 14 | Loveeternal | Store No. 21522417 | DHGATE | 543317643 | |
| 15 | lynnlin2016 | Store No. 20278649 | DHGATE | 589848682 | |
| 16 | naomihouse | Store No. 21175716 | DHGATE | 465662348 | |
| 17 | Nothing2 | Store No. 21100264 | DHGATE | 445808817 | |
| 18 | paris2199 | Store No. 20122707 | DHGATE | 418238024 | |
| 19 | Shipin003 | Store No. 21544849 | DHGATE | 552700222 | |

| | | | | | |
|---|---|---|---|---|---|
| 20 | suangnis | Store No. 21229806 | DHGATE | 489644853 | |
| 21 | tubaozi | Store No. 21215010 | DHGATE | 521386902 | |
| 22 | Wanghao101800 | Store No. 21516294 | DHGATE | 545356755 | |
| 23 | watch_rolex | Store No. 21134721 | DHGATE | 427502741 | |
| 24 | Wsj788 | Store No. 21171318 | DHGATE | 466638531 | Whatsapp: +86 159 9371 5889 Facebook: +86 138 34177185 |
| 24 | Zy100862 | Store No. 20270779 | DHGATE | N/A | |
| 24 | Designer clothing jewelry aka 201912231 | https://201912231.x.yupoo.com/albums | | | |
| 24 | Designer bag kids clothes aka 20191223 | https://20191223.x.yupoo.com/albums | | | |
| 24 | 18819293210 | https://1881929 3210.x.yupoo.com/albums | | | |
| 24 | Qin3301 | Store No. 21175347 | DHGATE | 468273263 | Whatsapp: +86 175 96492370 Facebook: +86 138 34177185 |
| 24 | Tang6602 | Store No. 21185159 | DHGATE | 468275941 | Whatsapp: +86 175 96492370 Facebook: +86 138 34177185 |

| | | | | | |
|---|---|---|---|---|---|
| 24 | Wsj588 | Store No. 21171098 | DHGATE | 543171325 | Whatsapp: +86 159 9371 5889 Whatsapp: +86 175 96492370 Facebook: +86 138 34177185 |
| 25 | xjx668888 | Store No. 21408266 | DHGATE | 525464148 | |
| 26 | zhuhanli | Store No. 21484454 | DHGATE | 531721520 | |
| 27 | afu000 | Store No. 21566020 | DHGATE | 565946548 | |
| 28 | Amoywatches | Store No. 20969676 | DHGATE | 530833094 | |
| 29 | Brooch001 | Store No. 21532384 | DHGATE | 546348988 | |
| 30 | Buli666 | Store No. 21565335 | DHGATE | 569690989 | |
| 31 | Chanel1 | Store No. 21533940 | DHGATE | 546717246 | |
| 32 | Chenachen | Store No. 21569885 | DHGATE | 572868496 | |
| 33 | chermas01 | Store No. 21544909 | DHGATE | 560726520 | |
| 34 | Cosysunny | Store No. 21185646 | DHGATE | 564856214 | |
| 35 | dragon315 | Store No. 21552961 | DHGATE | 573675285 | |
| 36 | fa000111 | Store No. 21556055 | DHGATE | 570271247 | |
| 37 | Fa000222 | Store No. 21556260 | DHGATE | 570317116 | |
| 38 | Fa000333 | Store No. 21559620 | DHGATE | 570382984 | |
| 39 | fa000555 | Store No. 21560390 | DHGATE | 571491684 | |
| 40 | fa000666 | Store No. 21561433 | DHGATE | 564477001 | |
| 41 | fa000888 | Store No. 21561740 | DHGATE | 562832252 | |
| 42 | fa2020 | Store No. 21550577 | DHGATE | 570346910 | |
| 43 | fa2021 | Store No. | DHGATE | 556893494 | |

25

| | | | | | |
|---|---|---|---|---|---|
| | | 21550820 | | | |
| 44 | Fashionba | Store No. 21454073 | DHGATE | 538626361 | |
| 45 | fawch | Store No. 21545910 | DHGATE | 551825759 | |
| 46 | Flower1995 | Store No. 21529546 | DHGATE | 564535213 | |
| 47 | hohohono | Store No. 21143288 | DHGATE | 526231276 | |
| 48 | iamcara | Store No. 21154694 | DHGATE | 526244090 | |
| 49 | Linzhe310 | Store No. 20975490 | DHGATE | 415470639 | |
| 50 | littlemickey | Store No. 21188113 | DHGATE | 526326326 | |
| 51 | Liuxin1688 | Store No. 21019937 | DHGATE | 466866111 | |
| 52 | Lmlwch | Store No. 21533565 | DHGATE | 548613580 | |
| 53 | Louis_vuitton1 | Store No. 21544916 | DHGATE | 566710991 | |
| 54 | luxeluxe | Store No. 21207720 | DHGATE | 526236488 | |
| 55 | Luxury_sup | Store No. 21567431 | DHGATE | 568292171 | |
| 56 | Luxurything1 | Store No. 21456500 | DHGATE | 530869072 | |
| 57 | mr_designer | Store No. 21558190 | DHGATE | 561492934 | |
| 58 | openat10 | Store No. 21207722 | DHGATE | 525022562 | |
| 59 | orvieschina005 | Store No. 21469766 | DHGATE | 548287456 | |
| 60 | phoenix315 | Store No. 21577285 | DHGATE | 580433387 | |
| 61 | rayshopping | Store No. 21554001 | DHGATE | 560950757 | |
| 62 | samhouse | Store No. 21165485 | DHGATE | 525210080 | |
| 63 | Sophia20160121 | Store No. 21255202 | DHGATE | 548931315 | |
| 64 | Store_004 | Store No. 21564748 | DHGATE | 565866893 | |
| 65 | Stzz05131 | Store No. 21278210 | DHGATE | 501274602 | |

| | | | | | |
|---|---|---|---|---|---|
| 66 | Tracy_daisy | Store No. 21467134 | DHGATE | 526501867 | |
| 67 | Watchfactory666 | Store No. 21175420 | DHGATE | 514951087 | |
| 68 | Whlml | Store No. 21533567 | DHGATE | 549448085 | |
| 69 | yiyiwinwin | Store No. 21178478 | DHGATE | 526828920 | |
| 70 | zhangxiefan | Store No. 21178506 | DHGATE | 526249495 | |
| 71 | Zhaochunping | Store No. 20686095 | DHGATE | 469850934 | |
| 72 | zty001 | Store No. 21137487 | DHGATE | 546483601 | |
| 73 | Cartier_tiffany_vca_bvlgari | https://www.instagram.com/cartier_tiffany_vca_bvlgari_/ | 1186130501@qq.com | CFrfGVQDQZJ | xiadonghai520@mail.com Whatsapp: +8618538694888 |
| 74 | indahgold aka Toko Mas INDAH | https://www.instagram.com/indahgold/ | startportray@gmail.com | CCpllXmn4kB | Whatsapp: +62 852-7033-6882 |
| 74 | indahgold.com | https://www.indahgold.com/ | | | |
| 75 | jewelleryinfashion.se | http://www.jewelleryinfashion.se | accepthxp@hotmail.com | | info.brandsinfashion@gmail.com |
| 76 | she_kco aka Karsty&Co | https://www.instagram.com/she_kco/ | Yuchi@haoman.info | CFHpk5AH_u6_TQBAf-GnYdJsJTI7KJP254vWRA0 | Whatsapp: +55 11 99955-7200 |
| 77 | sisichan1209 aka sisichan | https://www.instagram.com/sisichan1209/ | 765392753@qq.com | CGbhWy-JHYt | Whatsapp: +86 13535336270 |
| 78 | AdrianaLimayi | 5e9054ce3795e5939b6871a5 | PayPal * Wish | 5f66d089377fb77b3d944383 | |
| 79 | Gigi Lai | 5e997ed7694c71344046942e | PayPal * Wish | 5f61a1c303c50007b5b1fd58 | |
| 80 | Giselebundchen | 5e9059aad9de5138404a2a09 | PayPal * Wish | 5f66d0566badd6003ebcb9ec | |
| 81 | enochhu | 5ea7bd5529e786170070a92f | PayPal * Wish | 5f6b1778a07f2c1297d7b002 | |

| 82 | mcsmistedmoa | 5e910b112522bc14f3c767c4 | PayPal * Wish | 5f7d2b8346bdcc0426828a85 | |
|---|---|---|---|---|---|

28